# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| TRACEE STINEDURF, | ) | CASE NO. 4:19-CV-0485 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | **ORDER OF REMAND** |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | |
| DEFENDANT. | ) | |

Before the Court is the report and recommendation ("R&R") of the magistrate judge in the above entitled action. (Doc. No. 15.) Under the relevant statute:

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made….

28 U.S.C. § 636(b)(1). The R&R was filed on December 20, 2019.

On January 3, 2020, the Commissioner of Social Security filed a response indicating that there would be no objection to the magistrate judge's recommendation that the final decision be vacated and the case remanded because the Administrative Law Judge failed to comply with the requirements of the Social Security regulations for weighing medical source evidence.

No objections having been heard, the Court adopts the recommendation, vacates the decision of the Commissioner of Social Security, and remands this matter for further proceedings.

**IT IS SO ORDERED**.

Dated: January 6, 2020

                                          **HONORABLE SARA LIOI**
                                          **UNITED STATES DISTRICT JUDGE**